UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-00709-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| KARL VUONG, et al., | |
| Defendant. | |

On June 12, 2016, plaintiff Scott Johnson and defendant Karl Vuong, who is proceeding pro se, submitted a joint notice of settlement. ECF No. 40. Accordingly, the court ordered the parties to file dispositional documents or a joint status report as to why the case should not be dismissed no later than August 12, 2016. ECF No. 43. That deadline passed, and the parties did not comply with the court's order. Instead, on August 26, 2016, Johnson and Vuong filed a stipulation allowing plaintiff to file a first amended complaint adding additional defendants. ECF No. 45. The stipulation makes no mention of the settlement, and provides no explanation as to why the case should not be dismissed.

/////

/////

////

1

The parties are hereby ORDERED to show cause no later than September 16, 2016 why the case should not be dismissed and why the parties should not be sanctioned in the amount of $250.00 each for failing to comply with the court's June 13, 2016 order (ECF No. 43).

IT IS SO ORDERED.

DATED: September 8, 2016.

_____
UNITED STATES DISTRICT JUDGE