UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-CV-00709 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| KARL VUONG, et al., | |
| Defendants. | |

In an order filed by the court on December 9, 2016, the status conference for the above case was set for March 16, 2017, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. A joint status report was filed on March 13, 2017, by plaintiff and the Chow defendants; defendant Voung did not participate in the drafting of the report and there was no appearance by defendant Vuong at the March 16th conference.

Accordingly, Mr. Vuong is ordered to show cause within fourteen (14) days why he should not be sanctioned in the amount of $250.00 for failing to appear at the status conference.

DATED: April 12, 2017

_____
UNITED STATES DISTRICT JUDGE

1