UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-00709-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| KARL VUONG, et al., | |
| Defendants. | |

Pro se defendant Karl Vuong is the only defendant remaining in this case. He missed the initial scheduling conference and has been unresponsive for months. *See* Mins. Status Conf., ECF No. 62 (noting defendant Vuong's nonappearance and his nonresponse to parties' efforts to contact him). He did not partake in settlement discussions. *See* Rule 26 Report ("Defendant Karl Vuong did not participate in the drafting of this settlement report. This draft was sent to Defendant Karl Vuong and was not returned despite phone calls."). He also did not respond when the parties sought his signature for a stipulated dismissal of the other defendants. *See* Pl.'s Notice of Mot. to Dismiss, ECF No. 66 ("Defendant Vuong has been entirely non-responsive on this and every other issue."). On April 12, 2017, the court ordered Mr. Vuong to show cause within fourteen days why he should not be sanctioned $250 for missing the scheduling conference. ECF No. 65. That deadline lapsed months ago, yet he has not responded.
/////

1

Accordingly, the court SANCTIONS Mr. Vuong in the amount of $250, payable to the Clerk of the Court within fourteen (14) days of this order.

IT IS SO ORDERED.

DATED: August 10, 2017.

_____
UNITED STATES DISTRICT JUDGE