UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson , <br>     Plaintiff, <br> v. <br> Karl Vuong, <br>     Defendant. | Case No. 2:14-cv-00709-KJM-DB <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $12,000 in statutory damages and $3,660 in attorneys' fees and costs against defendant:

Karl Vuong

August 06, 2018                                                      MARIANNE MATHERLY, CLERK

                                                                                            By: /s/ K. Zignago, Deputy Clerk